O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH MINCY,                        )      Case No.  CV 07-3973-AHS (DTB)
                                     )
                    Petitioner,      )      ORDER ADOPTING FINDINGS,
                                     )      CONCLUSIONS AND
        vs.                          )      RECOMMENDATIONS OF UNITED
                                     )      STATES MAGISTRATE JUDGE
                                     )
MARTIN VEAL, Warden,                 )
                                     )
                    Respondent.      )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED:   __October 8, 2009__


                                     ALICEMARIE H. STOTLER
                                     _____
                                     ALICEMARIE H. STOTLER
                                     UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28