JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINCY,<br><br>        Petitioner,<br><br>  vs.<br><br>MARTIN VEAL, Warden,<br><br>        Respondent. | Case No. CV 07-3973-AHS (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 8, 2009

*Alicemarie H. Stotler*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE